# JACOB LAUFER, P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*

MARK ELLIS†
SHULAMIS PELTZ

TELEPHONE (212) 422-8500

FAX (212) 422-9038

**MEMO ENDORSED**

\* Also admitted in the District of Columbia
† Also admitted in New Jersey

December 23, 2019

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

     Re: *United States v. Simon Goldbrener, et al., 18 Cr. 614 (KMK)*

Dear Judge Karas:

  We represent defendant Simon Goldbrener in the above-referenced matter. We write to request that the Court briefly adjourn the motion schedule to accommodate ongoing plea discussions. We therefore respectfully propose the following new briefing schedule:

    January 27, 2020  Defendants' Motions due
    February 27, 2020  Government's Response due
    March 9, 2020   Defendants' Replies due

  I discussed this request with the Government (AUSA Michael Maimin), as well as counsel for Mr. Goldbrener's co-defendants who join this request.

  Thank you for Your Honor's consideration of this request.

             Very truly yours,

             /s/ Shulamis Peltz
             Shulamis Peltz

cc: A.U.S.A. Michael Maimin, Vladislav Vainberg, Hagan Scotten (Via ECF)
  All counsel (via ECF).

*[Handwritten endorsement: Granted. So Ordered. KMK 12/26/19]*