**MEMO ENDORSED**

# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*

MARK ELLIS†
SHULAMIS PELTZ

TELEPHONE (212) 422-8500

FAX (212) 422-9038

\* Also admitted in the District of Columbia
† Also admitted in New Jersey

June 8, 2020

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Goldbrener,* 7:18-CR-614-1 (KMK)

Dear Judge Karas:

    We represent Simon Goldbrener, a defendant in the above referenced matter. I write to respectfully request a further adjournment of Mr. Golbrener's sentencing date. On April 28, 2020, the court extended Mr. Goldbrener's sentencing date from June 8 to June 30, 2020.

    Due to the difficulties related to Covid-19, we are unable to adequately review the presentence report and prepare defendant's presentence memorandum with our client.

    We respectfully request an extension of the sentencing date to a date in September (other than September 18 or 28, which are religious High Holy Days) or to a date otherwise convenient for the Court.

    I have communicated with A.U.S.A. Michael Maimin and he advised that the Government consents to the request.

Hon. Kenneth M. Karas
June 8, 2020
Page 2

       Thank you for Your Honor's consideration of this matter.

Very truly yours,

/s/ Shulamis Peltz

Shulamis Peltz

cc: A.U.S.A.'s Michael Maimin, Hagen Scotten, Vladislav Vainberg, (via email and ECF)
    U.S.P.O. Sara Willette (via email)

*Granted. The sentence will go forward on October 6, 2020 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/10/2020