UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Plaintiff,

        - against -                                    No. 18-cr-00614 (KMK)

SIMON GOLDBRENER,

                              Defendant.
------------------------------------------------------------x

## **<u>EXHIBITS</u>**

### **TO SENTENCING MEMORANDUM**
### **IN SUPPORT OF SIMON GOLDBRENER**

**JACOB LAUFER, P.C.**
**65 Broadway, Suite 1005**
**New York, NY 10006**
**Tel. (212) 422-8500**
*Attorneys for Defendant Simon Goldbrener*

# EXHIBIT 1

**Simon Goldbrener**
**5 Yale Drive**
**Monsey, NY 10952**

June 1, 2020

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas,

I appreciate the opportunity to write to you about myself and the circumstances I am facing.

First and foremost, I want to express how terribly remorseful I am for violating the law and for not respecting the laws of this great country. More than just feeling remorseful, I am so deeply disappointed and upset with myself.

When I went into this line of work, I consciously intended to conduct my business with very high principles and to do my best to convey that message to everyone I deal with. Looking back, I clearly have failed.

From my current perspective of deep emotional pain of failure and disappointment, it is like someone who tries to climb a high mountain, and just when he is almost at the top, he makes a wrong move and falls all the way to bottom. These thoughts of failure go through my mind every single day and I know I will have to live with them for the rest of my life.

I make it clear to everyone I deal with that I have the utmost respect for the Government and law enforcement. I am not someone who makes excuses. I can only blame myself for my actions.

I felt especially humiliated when some of my students reached out to me with letters on my behalf. It was so painful, not because it was below my dignity, as nothing now is below my dignity, but because I am someone who is supposed to be their role model, who preached to them about doing the right thing, and now I am the one who broke the law.

I failed them and I failed myself.

It is also excruciatingly painful for me to see all my loved ones who are suffering so much. And it is especially painful knowing that I am the cause of their suffering. It feels like someone driving recklessly out of his driveway and running over his own child.

The little consolation I have is that I hope by giving my message to my children and students, they will learn from my wrongdoing. I am very open and honest with my children that what I did was terribly wrong, and that they should learn from my situation to respect the law by all means.

As Your Honor will decide on my sentence, I am pleading with you for mercy. Of course, everybody is terrified of going to jail. But I am also extremely worried for my exceptionally good-hearted wife, who gives of herself like no one else can. In the past three and half years, she has completely sacrificed her life to care for her ailing father. My father-in-law would probably not be alive (based on what the doctors said) if not for the home dialysis he gets that my wife provides him with. My wife trained to perform her father's dialysis at home and administers this intense treatment to her father with love and devotion. My wife needs me to take care of everything else so that she can continue to devote herself to keeping her father alive.

I am also extremely worried about the youngest of my children, M███ who is still a teenager and needs me now more than ever. As not only do we have a close and loving father-son relationship, I also have the role of being his big brother or mentor. M███ discusses with me most of the issues going on in school and even his interactions with friends. I try to guide him and teach him as well as I can in these crucial formative years.

I am worried for M███ as he is still in his development stage on his way to adulthood, and that my situation shouldn't have a lasting negative effect on his development. I know that he is extremely embarrassed because of my criminal behavior. I have always stressed to him that honesty and integrity are key values that our family holds dear. He tries his best not let these things affect him, but I am so afraid that, if I am sent to prison, it will be too much for him to take. I understand that I have nobody to blame but myself, and so at this time the only thing I can do is to beg you for mercy and understanding.

I have completely and totally learned my lesson and promise to live an exemplary life. I hope with G-d's help that I will have the opportunity to share my lessons with as many people as I can so they can learn from my mistakes.

I promise that I will never prove unworthy of any compassionate consideration Your Honor would grant me. I will never do anything in the future that will make your compassion seem unwarranted, and I will accept and respect what Your Honor will ultimately decide.

Respectfully,

Simon Goldbrener

# EXHIBIT 2



*David Y. Hirschfeld*

██████████████

*(845) 425-1979*

דוד יהודא הירשפעלד

מח"ס מכתם לדוד על מס (ד"ח) ושאר חיבורים

דומ"ץ מונקאטש מאנסי, ומלפ' סגולות ישראל

בוחן כללי, ומרי"ם סאטמאר מאנסי וויען וו"ב

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St. White Plains, NY 10601-4150

May 27, 2020

Dear Judge Karas,

Today I serve as the Rabbi and Dayan (Judge of the Ecclesiastical Court) of the Munkacz community in Monsey, NY. In the past, I was a high school teacher of Talmud. Over forty years ago, Shimon Goldbrener was one of my students in yeshiva.

Shimon was an excellent student and showed remarkable insight and grasp of the complexities of the Talmudic text. However, as an educator, what was most memorable for me was his modesty and compassion for others. Even as a student, he always made time to help the weaker students and more unfortunate classmates. The system of Talmud learning in all yeshivas devotes a number of hours per day with each student paired with a review partner. This is usually an opportunity for students to interact with students on their level, and to spend the time reviewing and examining the adjudications of scholars down the ages.

Shimon would always seek out the weakest students as his review partners and take them under his wing. This was very rare to see a young teenager with such compassion for others, even if it slowed his own growth, although only in the short term. This care for others is something that he continued into adulthood. It was amazing to me that someone on Shimon's level could spend so much time teaching these weak students. Clearly, Shimon has a very big heart filled with compassion. Even today, he still volunteers of his time daily to help weak students.

The Talmud notes that "the way a person deals with others is the way that G-d deals with him." Your Honor, please allow me to respectfully ask of you: please deal with Shimon with the same compassion with which he deals with others.

I have met Shimon a number of times since his arrest and each time he has expressed his remorse for breaking the law and his personal shame and embarrassment. He spoke of his disappointment in himself for not living up to the standards that we all expected of him.

Sincerely,

*Rabbi David Y. Hirschfeld*

Rabbi David Y. Hirschfeld

# EXHIBIT 3

Hershe Greensweig

▮▮▮▮▮▮▮
Monsey, NY ▮▮▮▮▮

March 24, 2020

Honorable Kenneth M. Karas

United States District Judge

Southern District of New York

300 Quarropas St.

White Plains, NY 10601-4150

Dear Honorable Judge Karas,

My name is Hershe Greensweig I served as the executive director of Congregation Adas Yeriem for over 40 Years. CAY has branches in Brooklyn and in Upstate with a membership of over 1000 families. I am a Board member of Tomche Shabbos of Rockland County, which provides weekly food packages to over 500 needy families and also a Board member of Hatzoloh EMS of Rockland County.

I am writing this letter on behalf of Shimon Goldbrener, while many will tell you about the honest dealings of Shimon in business, which I can personally attest to as well, I want to focus and share some insight on the foundation to this honesty and integrity.

I know Shimon personally for over 40 years. This goes back when Shimon was in high school and I was the school administrator, where Shimon was a gifted student and looked up to by all, but unlike most students of his caliber who will usually choose similar grade fellows for partners in studies, Shimon would always seek out the weaker and struggling students to help them make progress and to grow. Shimon would graciously and unassumingly give of his time and wisdom to make a difference to those in need for the extra push and motivation. We have personally watched it and we've seen the amazing results. There are many great people out there who are well educated and successful human beings thanks to Shimon's care and effort.

He continued with this passion as he became an educator, particularly for students who require major help, turning vulnerable young boys and potential lost souls into great people. He then had his own school for struggling students, when at the same time he was running his consulting business, he did this with extraordinary care and compassion and didn't even take a wage.

When he was forced to close down his school for financial reason he still continued his passion by tutoring teenagers at risk for no charge.

Shimon and his devoted wife are also known to have an open house for people who need emotional support and personal life/marriage coaching. The warmth and the care given to these individuals or couples helped them be better people and build beautiful lives and families.

I have also been involved with Shimon on several occasions when he would be very instrumental in fund raising campaigns for poor and needy, to mend many broken hearts and restore shattered lives. Shimon would always do these acts of kindness in the most natural way with no expectation or desire of any appreciation. Helping others and watch people stand up from misery would be the greatest reward to Shimon, just because he truly cares.

I remember once expressing tremendous respect and appreciation to Shimon for the time and effort he would sacrifice to others, Shimon would tell me: "Time is NOT money, TIME is LIFE - I am fortunate to offer TIME to give others LIFE".

Dear Justice: We hope that your mercy will now return this favor to Shimon to grant him precious TIME and LIFE with his wonderful family and community.


Respectfully

Hershe Greensweig

# EXHIBIT 4



**Rabbi Jacob Moskowitz**

Monsey, NY

845-304-2244
3042244@gmail.com

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

March 11, 2020

<u>USA v. Simon Goldbrenner</u>
Case Number: 7:18-cr-00614-KMK

Dear Judge Karas,

For over fifteen years I have had a warm and close relationship with Simon Goldbrenner that has involved my total trust financially, my accepting his bona fides as a man of faith and principle who puts the needs of others before his own, and my experience of Simon as someone who has been a source of strength to my family and me since the tragic passing of my wife of 35 years in June of 2019. I know of no other person to whom his word is his bond in the fullest sense of the word.

Your Honor, it breaks my heart that Simon finds himself in Court on the wrong side of the law. As long as I have known him, Simon has always prided himself in being a law-abiding citizen who is immensely grateful for the haven that the United States provided his family and relatives who fled the Holocaust.

Today, I serve the Monsey Jewish community as the rabbi of Congregation Borov, as Dean of the Bnos Derech Yisroel school for 400 girls (K-12) and, for 30 years, as director of Tomchei Shabbos, supplying food packages for needy families (500 families per week and 1,300 families before major holidays like Passover). Our organizations has 100 packers and over 200 drivers – all volunteers.

Simon's passion has always been educating youngsters – his specialty reaching kids-at-risk. Students who for any reason cannot keep up with the workload and fall behind in school often fall prey to social media and peer pressure and turn to drugs and other self-destructive behaviors. Once this occurs, children often find themselves rejected by their family and schools. To combat this cycle, some fifteen years ago, Simon and I decided to open a yeshiva school for 'kids-at-risk' in order to give them a chance to take back their lives.

Simon was an outstanding teacher with an inordinate amount of patience who worked tirelessly to 'build up' his students. My expertise lay in helping students bring emotional stability back into their lives and for seven years, the school changed the lives of 120 boys, who went on to develop productive lives and to build stable families. Most of the boys came from large, poor families who could not afford tuition. There is no doubt in my mind, had Simon and I not created this school, most of those children would have fallen through the cracks. Simply put, nobody wanted them. In the first year, Simon took a nominal salary. Thereafter, once he opened his consulting business he never took a penny. He made sure that we could meet payroll and any other expenses. Unfortunately, due to the high financial burden, we had to close this special school. I understand that some of the parents and former students of the school will be writing to the Court to share their experiences.

Seven years ago, I opened the Bnos Derech Yisroel school for girls that are non-mainstream students. It was heartbreaking to see that there were so many who, due to their circumstances or limited abilities, were not getting an opportunity to succeed. This was affecting their future as, in our community, a lack of success in the school system often blights marriage prospects.

Educationally, the school proved very successful and the parents and students alike were gratified by the results. I appointed an administrator who seemed capable of running all of the institution's technical and financial requirements so as to be able to focus on the pedagogical needs and student development. Unfortunately, my confidence and trust were sorely misplaced. The new 'administrator' ran the school into the ground. Payroll could not be met. Bills could not be paid. Checks bounced. When I brought in a forensic accountant who uncovered the truth, the 'administrator' disappeared. And to compound the situation, some Board members trying to take advantage of the power vacuum, attempted to take control of my school, my labor of love.

I urgently needed someone who I could trust implicitly, who could restore the trust of the faculty and staff and, most importantly, who would run the enterprise responsibly and efficiently. So, I turned to my friend Simon Goldbrenner for advice and help. Without any hesitation, even though he finds himself in the middle of this case, Simon assumed full responsibility and has had a major impact on the administration and the overall studies. At the school, he manages the money and is diligent and honest to the last dollar, and makes sure to meet payroll. As he is currently unemployed, he does receive a ridiculously small wage which is incommensurate to his tireless devotion. If we had the funding, I would ensure that he was adequately compensated.

As I mentioned earlier, last year, after a protracted illness, my wife passed away. We had a large family – eight children, of whom five are married. During the illness, sizeable debts had accumulated and all was bleak. I had no idea how I would be able to face the challenge and the attendant embarrassment. It was a further crushing load to the tragedy of her passing. Unknown to me, Simon spearheaded a campaign to raise the funds to relieve the debt. In a

matter of months, the anonymous campaign raised close to $500,000 and paid off the family debts. I only found out Simon's involvement by chance.

Your Honor, there is much more that I can write of Simon's goodness and integrity. He is a unique and selfless human being who erred while helping so many others. Kindly extend understanding and compassion to him, and a chance to begin the healing that is so needed.

Sincerely and with a prayerful heart,

Rabbi Jacob Moskowitz

# EXHIBIT 5

Jacob and Zissy Lichtenstein

Monsey, NY

March 4, 2020

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Honorable Judge Karas,

As a father of a family of boys I would like to share with you my personal experience with Mr. Shimon Goldbrener.

When my oldest son Jacob was in elementary school grades he worked very hard to get good marks on his report card, but he did not have the right way of learning and did not really comprehend his studies, when he entered High School he was really struggling to keep up with the class. About six years ago, one day out of nowhere Mr. Goldbrener called the principle of my son's school, Rabbi Blum and asked him if he can recommend a boy who is behind in class preferably from a low income family that cannot afford to pay for a tutor and he is willing to tutor him free of charge every day for one hour in the morning.

Mr. Goldbrener is not only known as a "specialist" in learning the TALMUD which is not easy to study and comprehend but he is also a well-respected "specialist" in teaching young boys "how to" learn, study and comprehend the TALMUD, and he is asking him to recommend a boy to teach for no charge.

The principle knowing our son and his problems recommended to Mr. Goldbrener our son Jacob, whom the principal believed can greatly benefit from Mr. Goldbrener. I can still remember when I got this surprised phone call (I later learned that this shouldn't of come to me as such a surprise since Mr. Goldbrener was known to offer his talents for free for many years) from the principal and the excitement I felt by the offer from Mr. Goldbrener. I can remember coming home that evening and my wife asking me why I am in such a great mood, did you win the lottery she asked.

They studied every weekday for about an hour for close to a year. In a short period of time my son started to shine like the sun, due to his new understandings and comprehending he saw a whole new world in front of his eyes. He has since become extremely studious and successful in his studies.

When I once asked Mr. Goldbrener how I can pay him back for his great service and help "that he has provided with such passion"? The answer was: **"The pleasure of helping a child or another human being in need is my greatest pay I can get in my life".**

Since then, our son got married, and is still studying TALMUD, and is on the way to get his diploma to be a rabbi. Looking back I can truly say that what Mr. Goldbrener provided was worth more than winning the lottery.

Every time I visit my son, he reminds me "Dad! It's all Mr. Goldbrener's CREDIT!"

I wish the community would have more such good people like Mr. Goldbrener !

I understand that Mr. Goldbrener has committed a felony and your honor will decide his sentence. I am therefore sharing with your honor our experience with Mr. Goldbrener so your honor can have a better picture of who Mr. Goldbrener is all about. It is also known by Mr. Goldbrener's close friends how he truly regrets his actions and how disappointed he is with himself as he feels that he did not live up to his own standards.

I am respectfully pleading with you honor to have compassion with Mr. Goldbrener , Mr Goldbrener is truly a person deserving of compassion as he has shown his compassion to our son Jacob and to so many others in need.

Sincerely yours

Jacob's thankful parents

Joel & Zissy Lichtenstein

Zissy Lichtenstein

# EXHIBIT 6

# Chana and Chaim Friedmann

███████████

Spring Valley, NY ███████

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

March 16, 2020

Dear Judge Karas,

We write this letter to you from the depth of our hearts because in the middle of our crashing world, Simon Goldbrenner saved our son Hershy and the mental well-being of our family. Simon still plays an important role in our family, and without him we are afraid we will just collapse. Please allow me to explain.

Sixteen years ago, we were blessed with triplets – two boys, H█████ and M██, and a girl, T███ It was such an exciting time and we looked forward to raising them, celebrating their barmitzvahs and, one day, their weddings. However, the entire picture was to change. At age three, M██ and T██████████████████████████████████████████████████████████████ ███████████████████████████████████

Our dear little M██ passed away 3 years later at the tender age of 6. T██ lives at home, is confined to a wheelchair. She is on a ████████████████████████ and has nursing care around the clock.

Through all these years, H█████ the eldest of the triplets, stood by and watched his siblings wither away. What went through our son's heart and mind, no-one can really know. However, all this turmoil began taking a toll. H█████ marks dropped and he kept falling more and more behind in his studies. As parents, we were terribly worried about his future, that he should not get caught up with drugs and other dangers out on the street. We hired the best tutors and mentors but they had very little impact. His future look very bleak.

One day I had a phone call from H████ teacher, Rabbi Rubin. He had spoken to his friend, Simon Goldbrenner, about H█████ and Simon had offered to volunteer time each morning to study with and mentor H█████ He said that Simon is accustomed to provide such service to other struggling teenagers with remarkable success. I was very skeptical because I figured that after a few weeks, like other tutors, Simon will tire and just give up on H█████ I

could not have been more wrong. The next day Simon started mentoring H███████ and he did so for more than two years, almost every single day – about 500 sessions, all at no charge!

From that day, a new chapter began in H█████s life and in ours. There was hope for our boy. Slowly but surely, under Simon's guidance he began catching up to the level of the class. And, even more importantly perhaps, through constant encouragement and support, Simon helped H█████ overcome challenges that no other child should ever face. H█████ has become a confident and happy young man. Even though H█████ does not require help in his studies, he is emotionally very attached to Simon who is his 'rock'.

I will never forget what happened that Wednesday morning in August of 2018, when Simon was arrested, H█████ walked into the house. His face was pale and his hands were shaking. He wouldn't talk, he wouldn't share. Only later did I find out why. When I did, I took him aside and tried to console him as best as I could. He then said to me with a trembling voice, "Dad I know this man better than anyone in this world. He is selfless, a great teacher, kind, and has a heart of gold."

Privately, although we were very worried about what will happen to Simon, we were also worried whether Simon would have the strength and time to continue mentoring H█████. We need not have worried because the next day I got a call from Simon saying that regardless of what had just happened, he plans to continue with H█████ as he has done until then. I will never forget his words: "As long as I am a free man and H█████ needs me I will be there for him." He kept his word as he continued mentoring H█████ since then and continues to provide the emotional support that H█████ so desperately relies on.

Your Honor, Simon is an amazing human being who is remarkably selfless. He has given Hershy hundreds of hours of his time just to help a boy in need. We beg of you, please grant leniency to Simon and give him a chance, and as parents who are trying so desperately to prevent their son's heart from being broken once again, please do not send Simon away to prison. It will be too much for us all. If you would like us to come and speak before you. We will gladly do so.

Thank you for listening to our plea,

Chana and Chaim Friedmann

# EXHIBIT 7

**Yoel Glanz**

███████████

**Monsey, NY**████

--------------------------------------------------------------

February 27, 2020

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Dear Honorable Judge Karas,

My name is Yoel Glanz, Senior E-Commerce Operation Manager at B&H Photo. I am a father of 7 precious children. I am writing to you on behalf of Simon Goldbrener who will appear in your courtroom in the near future for sentencing of a crime he has pleaded guilty to. While your honor will be sentencing Mr. Goldbrener based on the details of the case which brought him before you, I would like to make you aware of the Simon Goldbrener that I have gotten to know for the past two and a half years.

My 2nd son H██████████ currently 16 years old has had difficulties with his school studies since he was a young child. Over the years, I got quite a few private tutors to assist him with his school studies in the off-school hours so he can catch up and be up to par with the other students in the class. He constantly made some progress but was always left behind and never made it to the level of a typical student.

About two and a half years ago when H████ entered Yeshiva (jewish secondary school), I was very worried as H████ was not succeeding in his studies and as a young teenager he was at high risk of getting into trouble with drugs, alcohol, smoking and social media. The Yeshiva principal called me up about the third week into the semester, that I must get some professional help for H████ to assist him with his studies and to keep him spiritually in shape.

I started making some research for professional help and every person I got in touch with were charging at least $75 an hour which would ended up costing me over $1,000 a month. I simply couldn't afford to pay such figures as I must support a family of seven children and pay tuition for six of them attending private school. One day I bumped in to one of the Yeshiva staff members by the name of Mr. Rubin, I told him about my sons situation and he told me that he will make some research for me and see what he can come up with. After a couple days, Mr. Rubin calls me back all excited that he discussed my son's situation with one of his old-time friends Mr. Simon Goldbrener who is a former Yeshiva dean and principle and has close to three

decades of experience dealing with teenagers, and Mr. Goldbrener said that he wants to evaluate my son and give his assessment of what can be done with him.

I made some reference checks on Mr Goldbrener and only got positive feedback, so I called up Mr. Goldbrener and discussed in depth H███████s situation and he said that after an evaluation he should be able to guide me in the right direction. So, I ask him, "how much will it be for an evaluation?" He replied, "I don't charge anything for that." I went ahead and set up a date for him to evaluate my son H████.

After the evaluation, Mr Goldbrener calls me up that he feels that he would be be able to get my son up to par with his studies by tutoring him for one hour per day, three times a week (a total of 3 hours per week). All worried about the cost, I ask him, "how much will it cost me?" Shockingly he says, "I am not charging anything for this" so I ask him again "what do you mean? are you working for free?" he replies, "I don't do this for a living, it is my passion to help people and especially teenagers in trouble and I feel it as an honor that I can help you out, I will not take a red cent from you whatsoever."

From that day on, Mr Simon Goldbrener gave FREE private tutoring for my son 3 hours every week for two years, totaling close to 300 hours of hard work. Mr. Goldbrener was much more devoted and passionate then any paid tutor that H████ has had in the past. Simon was dedicated, professional and stayed in touch with his teachers and principle to follow up on his progress. In just two years he completely changed my son H████ he is now one of the most successful student and consistently gets excellent marks on his tests.

Mr Goldbrener did all this without even knowing me or my family and he did with such passion and devotion as if I have paid him thousands of dollars (which he really deserved), but he refused to take a penny.

Dear Honorable Judge, this is the Simon Goldbrener that I have gotten to know, and while I know that Simon has committed a felony crime, I also know that he truly regrets his mistake. It is my deepest desire that he is given a second chance to prove himself as a law abiding citizen and that he can continue to help more children in trouble.

I hereby beg your honor to extend leniency to a person that would do the same for anyone in need anytime.

Thank you very much for your time and consideration.


Yoel Glanz

# EXHIBIT 8

Feivel Buchinger

██████████████

Spring Valley, NY ███████

May 6, 2020

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas:

My name is Feivel Buchinger father of 5 grown children including 2 sons, Shlomo and David. All my children are married with families and are productive people in society.

I am writing this letter on behalf of Rabbi Shimon Goldbrener who without any doubt was the one person who was the most instrumental in the development of my 2 sons to be the productive people they are today.

Shlomo, the older one, and David struggled during their elementary years, and my wife and I were very worried about their future. They were behind in their studies. They had bad attitudes. They were just very difficult kids, and their teachers and principals just had no clue how to deal with them. When I was looking for a high school for Shlomo, it was very obvious that if I will not find the right people with the skills and dedication to reach out to Shlomo, his entire future was in jeopardy. Especially, he was also at risk of getting involved with the wrong crowd.

A prominent rabbi recommended that I should enroll Shlomo in a small school in Monsey where Shimon was a principal and a teacher. My wife and I could not believe it, but in just a few months under Shimon's guidance, Shlomo was on the way to becoming a different person. He dramatically improved in his studies and he developed a positive attitude and he developed into a happy and confident person that he is still today, 18 years later.

The same story happened with David. The only difference was by that time, Rabbi Goldbrener had opened his own yeshiva together with Rabbi Moskowitz. It was designed to help youngsters who were failing or could not cope in a mainstream yeshiva.

Rabbi Goldbrener's 'secret' for his success was that he believed in building up each of his students and giving them hope. He spoke to the kids in groups and one on one. He was in the heart of every student and they loved and respected him. He gave of himself completely for the kids, and the parents appreciated it so much.

During the time that Shlomo and David were in his school, I developed a friendship with Shimon, and which continues today. I was very impressed with him as a person. He was very

down to earth, warm and caring, and he never looked for any recognition for the amazing work he was doing. In fact, David is still pursuing studies in advanced higher Talmud, and the other part of the day he is a successful Amazon dealer.

Shimon was also the 'matchmaker' for one of my daughters. (The custom in our community is before dating, a 'matchmaker' suggests a match and brings both sets of parents together first)., Shimon and another rabbi were the 'official' matchmakers who set up the engagement.

After the engagement took place, I called Shimon that I wanted to come by to pay him as is required in Jewish custom. I had put aside a substantial sum ($5,000) and I asked him to split it with the other rabbi, even though Shimon was most involved. I will never forget Shimon's response: "Feivel, I consider you a close friend. I am not a professional matchmaker by trade. The only reason I got involved by your daughter was because I wanted to help a friend, and I don't take money for helping a friend."

When I insisted that I had already put aside a certain amount of money for this purpose he tells me, "I know the other rabbi is struggling financially. It would make me very happy if you would give him the full amount that you prepared to pay both of us." Shimon added that if I wanted to keep up with the tradition, just to buy him an inexpensive gift, and that's what I ended up doing. Till today the other rabbi has no idea that at least half of the money I gave him should have really gone to Shimon. Your Honor, this story is typical of the person that Shimon is.

When I found out that Shimon is facing sentencing, I thought about how much I owe to Shimon, the least I can do is to share with Your Honor my personal experiences with him. I thank your Honor for giving me this opportunity. I would like to add that as a friend of Shimon I am aware how heartbroken and remorseful he is that he broke the law.

Respectfully,

Feivel Buchinger

# EXHIBIT 9



Abraham Rubin

Monsey, NY ████

April 18, 2020

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas:

I have been a neighbor of Rabbi Shimon Goldbrener for over 20 years. Our houses are back to back. On the Sabbath, he and I attend the same synagogue for the services.

We have spoken often and I have always been impressed with him. He established and served as principal and teacher of a nearby yeshiva, and he developed a well-deserved reputation as an excellent educator. He made a difference to the lives of each of his students and was an outstanding teacher of Talmud, motivating his students to develop a love of studying Talmud and greatly improving their learning comprehension skills.

I know this about him from first-hand experience. My son Mendel had some learning problems and was not succeeding in the mainstream yeshiva programs as we had hoped. He also had a significant lack of confidence, and my wife and I believed that he needed individualized attention.

Shimon was known in our community for helping people who are troubled or need counseling, especially youngsters who have difficulty with their studies. So, I approached him if he would accept Mendel in his Yeshiva. I had seen the results Shimon was getting from the students at his school. They clearly enjoyed their studies at the yeshiva – their smiles and happy manner said it all.

Mendel studied in Shimon's yeshiva for three years, and he came out a changed person and a confident young man. He has said many times that his success is all due to Rabbi Goldbrener. What made the greatest impression on him was the self-study hours when the students are divided into pairs to review the Talmud class and prepare for the upcoming class. Shimon would walk between the rows in the study hall to listen in on the learning of each student. He would discuss the texts that they were studying. As well, if Shimon observed that any youngster seemed to have an issue, he would go over to him or call him over to come and speak to him. He really cared for each student.

Mendel was very successful in his studies. After graduating from Shimon's yeshiva, he went on to study at Satmar Yeshiva in Queens and then in the famous Mir Yeshiva in Jerusalem. When he came back to America, he enrolled in a kollel for advanced Talmud studies for married men,

where he still spends part of his day. The rest of the day, interestingly, Mendel conducts ABA therapy to special needs children in an elementary school in Brooklyn.

Shimon remains the eternal teacher with a big heart. Quite recently, one of the congregants in our synagogue who is a principal in a local yeshiva went over to Shimon to ask if he could help with the tutoring of a youngster who was having problems in the yeshiva. His family could not afford to pay for private help. Shimon was more than happy to offer his help.

All of my boys, at one time or another have gone over to speak to Shimon and talk out their issues or problems. Just recently, my sixteen-year-old son, ███ didn't hesitate to ask him during school break if Shimon had any time to study with him and to review the Talmud study of the previous semester. Of course, Shimon made time daily, and it was a most wonderful experience for ███. Shimon somehow finds time in his day like no one else.

Your Honor, Shimon is a man of integrity who gives over of himself to look out for others - adults or children. How he landed in this case is beyond me and my heart is pained for this good man. Please show him whatever leniency and kindness that you can.

Sincerely,

Abraham Rubin
9145828210
abe@customlabelsinc.com

EXHIBIT 10

### Leah & Shaye Bauer
Monsey, NY █████

shayeb@jayimport.com

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

March 18, 2020

Dear Judge Karas:

There are a number of families like mine that are besides themselves with worry over the upcoming sentencing of Simon (Shimon) Goldbrener - out of concern for Shimon but also from worry about our children.

Shimon is a unique human being who reaches out, rehabilitates kids at risk and brings calm and purpose into their lives. Our two sons, Elchonon (27) and M███ (17) are prime examples.

In his early teens, Elchonon had a hard time with his learning. He was a drop out student that seemed destined to end up on the trash heap of society. My husband and I did not know what to do. This is especially a problem in a religious Hassidic community where Torah and Talmud learning play such a prominent role. As time went on, we were sure that any hopes for a good marriage or for advancement in the community for Elchonon we just going downwards. Someone suggested that we contact Shimon Goldbrener, whose wife is my cousin.

Shimon had a reputation of having the biggest heart and helping out with 'problem kids'. We spoke to him and he agreed to begin tutoring Elchonon in the Hebrew and Jewish studies. I must add that he did so at no charge. Not long after he began tutoring Elchonon, he established a small yeshiva that 'specialized' in such kids. The change in Elchonon was dramatic. He not only improved, but he became a successful student and developed self-confidence. He became a motivated, decent human being.

After two years, Elchonon wanted to go on to a regular yeshiva, which he did. Thereafter he learned a trade and started working as a glass installer which he still does today very successfully. Elchonon is happily married with two kids – all due to Shimon without whom this could never have happened. It is nothing short of amazing. There are many youngsters that he has helped. Shimon instinctively knows how to help these kids realize their potential. It is sad that there was insufficient funding to keep that yeshiva going and it had to close.

Almost ten years later, we again had to turn to Shimon for help. Our second son, M███ was proving extremely difficult but in a very different way from his brother. M███ had no social skills at all and did not know how to interact with

others. Both in and out of the home he would suddenly lash out and scream. No one wanted to deal with him. We took him to different professionals, paying out of pocket for all the therapy, and each gave up on him. The school also tried different methods but nothing worked. M██████was uncontrollable. For example, he withdrew and without asking for permission, he would get up and leave early.

We were desperate. The impact of this all was disrupting our family in so many ways. He would lash out at my husband, at me, at his siblings – both verbally and physically. It was just horrible. I could not believe that this was my child. Nobody could get through to M█████, never mind open him up. Finally, we turned to Shimon who had his own issues and pressures. However, he responded immediately to our cry for help and at no charge! Somehow, M█████sat down with Shimon, not just once or twice, but has been doing so on a weekly basis, for many months. How Shimon does it, I have no idea, but he has an incredible knack. Shimon is teaching him how to deal with anger and social interaction. I see M█████as a new child – happier, living better and having more control over himself. M█████still talks to Shimon but less frequently as once a month or month and a half is sufficient, as there is a real and steady improvement.

But, we are not yet out of the woods. There are still incidents when M█████loses control and in at those times it is only Shimon who can calm him down and getting him back on track.   At the end of last year, we married off a son in Montreal. At the duty-free store at the border, we were in van with my parents. M█████wanted to purchase cigarettes for friends at his yeshiva, which was not allowed. When we refused, M█████started acting up and lashing out like an animal. I felt totally lost because in Monsey I would just reach out to Shimon and M█████would go to his house and I knew he will come back a new person, but here I was hundreds of miles from Shimon. But I had no other solution so I dialed Shimon, got him on the phone and he spoke with M█████for about five minutes. I don't know what Shimon said, but M█████calmed down and said not a word about the cigarettes. I remember my parents looking at each other in total disbelief  they couldn't imagine how this five minute phone conversation with Shimon simply turned around M█████from an out of controlled animal to just a happy young man.

Now that Shimon is facing sentencing and that there is a possibility that he may be sent away, I am consumed with fear about what will be with M█████and other boys like him who Shimon works with and is turning around. Please Your Honor, please, the lives of these boys and their families are in the balance together with Shimon. I confess that I do not knows the facts of Shimon's case, but I do know the decent and kind man that he is. If he has done wrong, it is an aberration in his life because this man is truly good through and through.

Tearfully,

*Leah Bauer*

Leah Bauer