# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*                                                                                       TELEPHONE  (212) 422-8500

SHULAMIS PELTZ                                                                          FAX  (212) 422-9038
MARK ELLIS
AKIVA GOLDBERG
* Also admitted in the District of Columbia

November 29, 2022

<u>**VIA ECF**</u>

Hon. Kenneth M. Karas
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY 10601

                    Re:    *United States v. Simon Goldbrener, et al.,* 18 Cr. 614 (KMK)

Dear Judge Karas,

      On November 7, 2022, the Court sentenced Mr. Goldbrener, inter alia, to a term of 24 months' incarceration. The Court indicated that it would recommend that his sentence be served at Otisville, and directed that he report by January 31, 2022.

      Upon Mr. Goldbrener's review with his family and his personal reflection, they believe that it is best to confront and conclude his incarceration as soon as possible, in order to begin the next stage of their lives.

      We respectfully request that the Court issue the judgment of conviction at its earliest convenience, to enable the Bureau of Prisons to begin Mr. Goldbrener's inmate designation process and facilitate his reporting on an earlier date.

      Thank you for Your Honor's consideration of this request.

                                                        Respectfully submitted,

                                                        /s/Jacob Laufer
                                                        Jacob Laufer

cc:    AUSAs Vladislav Vainberg, Michael Maimin, Hagan Scotten (via (ECF)