<div style="text-align:center">

**JACOB LAUFER P.C.**
65 BROADWAY
SUITE 1005
NEW YORK, NEW YORK 10006

</div>

JACOB LAUFER*                                                                                             TELEPHONE (212) 422-8500

SHULAMIS PELTZ                                                                                            FAX (212) 422-9038
MARK ELLIS
AKIVA GOLDBERG
* Also admitted in the District of Columbia

<div style="text-align:right">January 27, 2023</div>

**VIA ECF**

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY 10601

                      Re:    *United States v. Simon Goldbrener, et al.,* 18 Cr. 614 (KMK)

Dear Judge Karas:

      Our office represents Simon Goldbrener in the above referenced matter. We write to respectfully request that Mr. Goldbrener's surrender date be extended for two weeks, from January 31, 2023 to February 14, 2023.

      Mr. Goldbrener's father-in-law passed away on January 10, 2023 and Mr. Goldbrener's presence is needed in particular to support his wife who has been greatly impacted by her father's death.

      We have contacted counsel for the government regarding this request, but have not yet received a response with regard to its position.

      Thank you for Your Honor's consideration.

<div style="margin-left:50%">
Respectfully submitted,

/s/Jacob Laufer
Jacob Laufer
</div>

cc:    AUSA Vainberg, Vladislav (USANYS) Vladislav.Vainberg@usdoj.gov
       AUSA Maimin, Michael (USANYS) Michael.Maimin@usdoj.gov
       AUSA Scotten, Hagan (USANYS) Hagan.Scotten@usdoj.gov