MEMO ENDORSED

# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*

SHULAMIS PELTZ
MARK ELLIS
AKIVA GOLDBERG
* Also admitted in the District of Columbia

TELEPHONE (212) 422-8500

FAX (212) 422-9038

January 27, 2023

**VIA ECF**

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains NY 10601

        Re:    *United States v. Simon Goldbrener, et al.*, 18 Cr. 614 (KMK)

Dear Judge Karas:

    Our office represents Simon Goldbrener in the above referenced matter. We write to respectfully request that Mr. Goldbrener's surrender date be extended for two weeks, from January 31, 2023 to February 14, 2023.

    Mr. Goldbrener's father-in-law passed away on January 10, 2023 and Mr. Goldbrener's presence is needed in particular to support his wife who has been greatly impacted by her father's death.

    We have contacted counsel for the government regarding this request, but have not yet received a response with regard to its position.

    Thank you for Your Honor's consideration.

Granted, but there will be no more extensions.

So Ordered.
1/27/23

Respectfully submitted,

/s/Jacob Laufer
Jacob Laufer

cc:    AUSA Vainberg, Vladislav (USANYS) Vladislav.Vainberg@usdoj.gov
        AUSA Maimin, Michael (USANYS) Michael.Maimin@usdoj.gov
        AUSA Scotten, Hagan (USANYS) Hagan.Scotten@usdoj.gov