UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIMON GOLDBRENER,<br><br>Defendant. | ~~PROPOSED~~ ORDER<br>RELEASING PASSPORT<br><br>18-CR-614 (KMK) |

WHEREAS, on August 29, 2018, this Court ordered the release of Mr. Goldbrener on a $500,000 bond, and as part of his release, Mr. Goldbrener was ordered to turn over his passport, and

WHEREAS, on November 7, 2022, this Court sentenced Mr. Goldbrener to a 24-month term of imprisonment, and

WHEREAS, Mr. Goldbrener has fully complied with the terms of his bond, and

WHEREAS, the Government and Probation consent to the release of Mr. Goldbrener's passport,

IT IS HEREBY ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Goldbrener's passport return it to Mr. Goldbrener or Mr. Goldbrener's counsel in this matter.

SO ORDERED

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
5/16/24