UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SATISFACTION OF JUDGMENT** |
| v. | |
| SIMON GOLDBRENER, | 18-CR-614 (KMK) |
| Defendant. | |

WHEREAS, on August 29, 2018, this Court ordered the release of Mr. Simon Goldbrener on a $500,000 bond, secured by Samuel Lefkowitz and Samuel Schwartz and secured by the property owned by Liberty Villas, LLC;

WHEREAS, Affidavits of Confession of Judgment were signed by Samuel Schwartz and Pesha Schwartz, acting as representatives of Liberty Villas, LLC, which is the owner of 726 Liberty Avenue, Brooklyn, NY 11208, on September 12, 2018; and

WHEREAS, on November 7, 2022, this Court sentenced Mr. Goldbrener to a 24-month term of imprisonment; and

WHEREAS, Mr. Goldbrener has fully complied with the terms of his bond;

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Goldbrener and on consent of the Government, that the Clerk of the Court shall:

    (a) Exonerate Mr. Goldbrener's $500,000 appearance bond and all suretors shall be released from any liability in connection with said bond, and

    (b) Vacate the judgment against Liberty Villas, LLC.

SO ORDERED

_____
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
5/16/24